# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: SHAWN T. BUSHAW  
1513 EVERGREEN STREET       SSN-xxx-xx-3422  
ROCKFORD, IL  61101

Case Number: 06-70071

Case filed on: 1/23/2006  
Plan Confirmed on: 4/7/2006

P Discharged Paid Out

Total funds received and disbursed pursuant to the plan: $3,910.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 141.75 | 141.75 | 141.75 | 0.00 |
|  | Total Administration | 141.75 | 141.75 | 141.75 | 0.00 |
| 000 | BALSLEY & DAHLBERG LLP | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 999 | SHAWN T. BUSHAW | 0.00 | 0.00 | 94.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 94.00 | 0.00 |
| 001 | CREDITORS PROTECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | DR. DON GUNOLACH | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | DR. GREZELAK | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | R&B RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | SPRINT | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | STATE FARM INSURANCE | 3,889.27 | 3,889.27 | 1,135.81 | 0.00 |
| 008 | WINNEBAGO COUNTY CIRCUIT CLERK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | SWEDISH AMERICAN HOSPITAL | 279.55 | 279.55 | 81.64 | 0.00 |
| 010 | SWEDISH AMERICAN ER PHYSICIANS | 35.58 | 35.58 | 10.38 | 0.00 |
|  | Total Unsecured | 4,204.40 | 4,204.40 | 1,227.83 | 0.00 |
|  | Grand Total: | 6,546.15 | 6,546.15 | 3,663.58 | 0.00 |

Total Paid Claimant:    $3,663.58  
Trustee Allowance:      $246.42  
Percent Paid Unsecured:   29.20

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2009          By  /s/Heather M. Fagan